

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00253-CV

**JC FODALE ENERGY SERVICES, LLC**, and Mickey Hunt,
Appellants

v.

Jenny **HENNES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI12710
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, appellants' motion to dismiss is granted and this appeal is DISMISSED. We order that appellee is awarded the costs she incurred related to this appeal.

SIGNED January 16, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice